AO 442 (Rev. 11/11) Arrest Warrant

**18-FF9BPG**

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | )  |
|---|---|
| v. | )  |
| Dashawn Narder Jones | ) Case No. 1:18-CR-0087 |
|  | )  |
|  | )  |
|  | ) _____ FILED _____ ENTERED |
|  | ) _____ LOGGED _____ RECEIVED |
| *Defendant* |  |

## ARREST WARRANT

MAR 27 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
BY DISTRICT OF MARYLAND
DEPUTY

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Dashawn Narder Jones**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Criminal Conspiracy to Pass Counterfeit Obligations or Securities.

---

Date: **03/04/2018**          s/Anita A. Arledge
                             *Issuing officer's signature*

City and state: **Harrisburg, PA**          **Anita A. Arledge, deputy clerk**
                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                  _____ |
|                                               *Arresting officer's signature* |
|                                               _____ |
|                                               *Printed name and title* |